UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TIMOTHY RICHARD NELSON,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,<br><br>    Defendant. | CASE NO. C12-5540 RJB<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AFFIRMING THE COMMISSIONER |

This matter comes before the Court on the Report and Recommendation of the U.S. Magistrate Judge J. Richard Creatura, recommending that the Court affirm the decision of the Social Security Administration that denied Plaintiff's application for disability insurance benefits. Dkt. 19. The Plaintiff has not filed objections to the Report and Recommendation.

The Court must uphold a decision of Defendant based on substantial evidence and free of legal error. *Burch v. Barnhart*, 400 F.3d 676, 679 (9th Cir. 2005); 42 U.S.C. § 405(g). The Court need only make a de novo determination of the portions of Magistrate Judge Creatura's Report and Recommendation to which Plaintiff makes objections. 28 U.S.C. § 636(b)(1).

The Court, having reviewed Plaintiff's Complaint, the Report and Recommendation of Judge J. Richard Creatura, United States Magistrate Judge, and the remaining record, does hereby find and **ORDER**:

(1) The Court adopts the Report and Recommendation (Dkt. 19).

(2) The administrative decision is **AFFIRMED.**

(3) The Clerk is directed to enter **JUDGMENT** for Defendant and the case should be closed.

(4) The Clerk is directed to send copies of this Order to counsel of record.

Dated this 3rd day of February, 2014.

*[signature]*

ROBERT J. BRYAN
United States District Judge